A. C. WICKE MANUFACTURING COMPANY *v.* CHARLES DINKEL et al., Appellants, Impleaded with Others.

(Submitted May 7, 1923; decided May 11, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements.   (See 235 N. Y. 612.)

---

LOUIS H. SOULE, Appellant, *v.* BON AMI COMPANY, Respondent.

(Submitted May 7, 1923; decided May 11, 1923.)

Motion for re-argument and to amend remittitur denied, with ten dollars costs and necessary printing disbursements.   (See 235 N. Y. 609.)

---

FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York, Appellant, *v.* UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.

FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York, Appellant, *v.* MARYLAND CASUALTY COMPANY, Respondent.

(Submitted May 7, 1923; decided May 11, 1923.)

Motions for re-argument denied, with ten dollars costs and necessary printing disbursements in one case and printing disbursements only in the other.   (See 234 N. Y. 618, 619.)